**Lee Marvin GREENLY, an Individual; Minnesota Wildlife Connection, Inc., a Minnesota Corporation, Petitioners**

v.

**UNITED STATES DEPARTMENT OF AGRICULTURE, Respondent.**

No. 13–2882.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 7, 2014.

Filed: Aug. 22, 2014.

Larry Perry, Knoxville, TN, for Petitioner.

Charles Edward Spicknall, U.S. Department of Agriculture Office of General Counsel, Washington, DC, Andrew Roland Varcoe, U.S. Department of Agriculture, Harrisburg, PA, for Respondent.

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Lee Marvin Greenly and his company, Minnesota Wildlife Connection, Inc., petition for review of two orders of the Secretary of the United States Department of Agriculture. We conclude that substantial evidence supports the Secretary's order revoking Greenly's license under the Animal Welfare Act (AWA), directing him and Minnesota Wildlife Connection to cease and desist from violating the AWA, and assessing a civil penalty of $11,725, *see Cox v. USDA*, 925 F.2d 1102, 1104 (8th Cir. 1991) (standard of review), and we therefore deny the petition for review of the revocation order. *See* 8th Cir. R. 47B.

We also grant the Secretary's motion to dismiss Greenly's petition for review of a second order terminating Greenly's license and disqualifying him from seeking a new one for two years.